**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald K. Smith, as Trustee for and on behalf of Boston Chicken, et. al,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Arthur Andersen, et. al,<br><br>　　　　Defendants. | No. 01-CV-0218-PHX-PGR<br>　　01-CV-0246-PHX-PGR<br>　　02-CV-1162-PHX-PGR<br>　　02-CV-1248-PHX-PGR<br><br>(Consolidated)<br><br>**ORDER** |

　　　　IT IS ORDERED that the Plaintiff's Motion for Hearing on Motion (Joint) of Trustee and PricewaterhouseCoopers LLP to Approve Compromise and Settlement and to Enter Permanent Bar Order (Doc. 1867) is GRANTED. Accordingly, a hearing on the compromise and settlement reached by the Trustee and Defendant PricewaterhouseCoopers is scheduled for Tuesday, November 29, 2005 at 10:30 a.m., in Courtroom 601 before the Honorable Paul G. Rosenblatt.

　　　　IT IS FURTHER ORDERED that the Pretrial Conference in this matter is scheduled to commence on Tuesday, November 29, 2005 at 1:30 p.m., in Courtroom 601 before the Honorable Paul G. Rosenblatt.   The Pretrial Conference will continue until its completion.

　　　　IT IS FURTHER ORDERED that the Motion by Defendants to Convert the October 17, 2005 Final Pretrial Conference to a Preliminary Pretrial Conference (Doc. 1852) is DENIED as moot.

1   DATED this 1st day of November, 2005.

   /s/ Paul G. Rosenblatt
   Paul G. Rosenblatt
   United States District Judge

- 2 -