**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald K. Smith, as Trustee for and on behalf of Boston Chicken, et. al,<br><br>Plaintiff,<br><br>vs.<br><br>Arthur Andersen, et. al,<br><br>Defendants. | No. 01-CV-0218-PHX-PGR<br>01-CV-0246-PHX-PGR<br>02-CV-1162-PHX-PGR<br>02-CV-1248-PHX-PGR<br><br>(Consolidated)<br><br>**ORDER FOR DISMISSAL OF PRICEWATERHOUSECOOPERS LLP WITH PREJUDICE** |

Upon the presentation of the Stipulated Motion to Dismiss (Doc. 1904) by Gerald K. Smith, as Plan Trustee for an on behalf of the Estates of Boston Chicken, Inc., et al. ("Plaintiff") and against Defendant PricewaterhouseCoopers LLP ("PwC"), and good cause appearing therefore,

IT IS ORDERED that this action shall be and is dismissed with prejudice against PwC only. Each party shall bear his own costs.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction only for the limited purposes of enforcing the Settlement Agreement made between Plaintiff and PwC and, if necessary, enforcing the terms of the Approval and Bar Order agreed to between Plaintiff and PwC and entered by the Court on the 29th day of November, 2005.

DATED this 7th day of December, 2005.

Paul G. Rosenblatt
United States District Judge