**WO**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Arthur Andersen LLP, et al.,<br><br>　　　　　　Defendants. | Case No.: CIV-01-218-PHX-PGR<br>　　　　　　CIV-01-246-PHX-EHC<br>　　　　　　CIV-02-1162-PHX-PGR<br>　　　　　　CIV-02-1248-PHX-PGR<br>　　　　　　(Consolidated)<br><br>**ORDER FOR DISMISSAL OF ARTHUR ANDERSEN, LLP WITH PREJUDICE** |
| Scott A. Beck, Saad J. Nadhir and Mark W. PwC,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　vs.<br><br>Bank of America Corporation, on behalf of itself and a class of other lenders of Boston Chicken, Inc. similarly situated,<br><br>　　　　　Third-Party Defendants. | |

　　　Upon the presentation of the Stipulation for Dismissal of the action by Plaintiff Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al ("Plaintiff") and against Defendant Arthur Andersen, LLP ("Andersen"), and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that this action shall be and is dismissed with prejudice against Andersen only.  Each party shall bear his own costs.

S:\Tracy\Boston Chicken\01cv218-AADismissal.doc

1
2      IT IS FURTHER ORDERED that this Court shall retain jurisdiction only for the
3  limited purposes of enforcing the Settlement Agreement made between Plaintiff and
4  Andersen and, if necessary, enforcing the terms of the Approval and Bar Order agreed to
5  between Plaintiff and Andersen and entered by this Court on the 30th day of December 2005.
6      DATED this 5th day of January, 2006.
7
8  _____
   Paul G. Rosenblatt
9     United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25