**WO**

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al.,<br><br>        Plaintiff,<br><br>  vs.<br><br>Arthur Andersen LLP, a limited liability partnership, et al.,<br><br>        Defendants. | Case No.:  CIV-01-218-PHX-PGR<br>              CIV-01-246-PHX-EHC<br>              CIV-02-1162-PHX-PGR<br>              CIV-02-1248-PHX-PGR<br>              (Consolidated)<br><br>**ORDER FOR DISMISSAL OF DEFENDANTS MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC. f/k/a DEUTSCHE BANK ALEX. BROWN and MORGAN STANLEY & CO. INCORPORATED** |
| Scott A. Beck, et al.,<br><br>        Third-Party Plaintiffs,<br><br>  vs.<br><br>Bank of America Corporation,<br><br>        Third-Party Defendants. | |

      Upon the presentation of the Stipulation for Dismissal of the action by Plaintiff Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al. ("Plaintiff") and against Merrill Lynch & Co., Inc. and its subsidiary Merrill Lynch,

Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc. f/k/a Deutsche Bank Alex. Brown ("Alex. Brown"), and Morgan Stanley & Co. Incorporated, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action shall be and is dismissed with prejudice against Defendants Merrill Lynch & Co., Inc. and its subsidiary Merrill Lynch, Pierce, Fenner & Smith Incorporated, Alex. Brown, and Morgan Stanley & Co. Incorporated only. Each party shall bear his or its own costs and attorneys' fees.

IT IS FURTHER ORDERED that under the principles set forth in *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994), this Court shall retain jurisdiction only for the limited purposes of enforcing the Settlement Agreement made between Plaintiff and Defendants Merrill Lynch & Co., Inc. and its subsidiary Merrill Lynch, Pierce, Fenner & Smith Incorporated, Alex. Brown, and Morgan Stanley & Co. Incorporated and, if necessary, enforcing the terms of the Approval and Bar Order agreed to between Plaintiff and Defendants Merrill Lynch & Co., Inc. and its subsidiary Merrill Lynch, Pierce, Fenner & Smith Incorporated, Alex. Brown, and Morgan Stanley & Co. Incorporated and entered by this Court on the 31st day of January, 2006.

DATED this 1st day of February, 2006.

Paul G. Rosenblatt
United States District Judge

S:\Tracy\Boston Chicken\01cv0218-DismissUnderwriters.doc