**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald K. Smith, as Trustee for and on behalf of Boston Chicken, et. al, <br><br> Plaintiff, <br><br> vs. <br><br> Arthur Andersen, et. al, <br><br> Defendants. | No. 01-CV-0218-PHX-PGR <br> 01-CV-0246-PHX-PGR <br> 02-CV-1162-PHX-PGR <br> 02-CV-1248-PHX-PGR <br><br> (Consolidated) <br><br> **STIPULATED JUDGMENT** |

Pursuant to the Stipulation of Plaintiff, Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc. and Defendant Saad J. Nadhir ("Nadhir") and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Gerald K. Smith, have from Defendant, Saad J. Nadhir, Judgment in the total sum of Thirty Million dollars and No/100 ($30,000,000.00) under Count IV (Negligent Misrepresentation) of the Second Amended Complaint filed in the above-styled action.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that regardless whether this Judgment is otherwise satisfied, Plaintiff shall not execute against the real, personal, individual, business or community assets or holdings of Nadhir or his martial community or his spouse. Plaintiff has reserved the right to pursue collection and/or execute against ACE Insurance Company, Ltd. a/k/a ACE Bermuda Insurance, Ltd., Reliance Insurance Company

of Illinois or any other applicable insurer of Nadhir ("Nadhir Insurers") and Plaintiff shall satisfy this Judgment exclusively through collection and or execution against the Nadhir Insurers.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Judgment shall not be recorded in the public records of any state or a political subdivision of any state.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction over the settling parties for the limited purposes of enforcing the Settlement Agreement made between Plaintiff and Nadhir and enforcing the terms of this Stipulated Judgment.

There being no just reason for delay in the entry of a final Judgment against Nadhir, on the terms and conditions described above, the Court hereby directs entry of Judgment in accordance with the foregoing.

DATED this 8th day of February, 2006.

_____
Paul G. Rosenblatt
United States District Judge