**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald K. Smith, as Trustee for and on behalf of Boston Chicken, et. al,<br><br>Plaintiff,<br><br>vs.<br><br>Arthur Andersen, et. al,<br><br>Defendants. | No. 01-CV-0218-PHX-PGR<br>01-CV-0246-PHX-PGR<br>02-CV-1162-PHX-PGR<br>02-CV-1248-PHX-PGR<br><br>(Consolidated)<br><br>**ORDER FOR DISMISSAL OF SAAD NADHIR WITH PREJUDICE** |

Upon the presentation of the Stipulation for Dismissal of the action by Plaintiff Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al. ("Plaintiff") and against Defendant Saad J. Nadhir, and his marital community and spouse ("Nadhir"), and good cause appearing therefore,

IT IS HEREBY ORDERED that this action, with the exception of Count IV of the Second Amended Complaint (Negligent Misrepresentation) as to which the Stipulated Judgment is being entered herein, shall be and is dismissed with prejudice against Nadhir only. Each party shall bear his own costs.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction only for the limited purposes of enforcing the Settlement Agreement made between Plaintiff and Nadhir and, if necessary, enforcing the terms of the Approval and Bar Order agreed to between

1  Plaintiff and Nadhir and entered by this Court on the 7th day of February, 2006, and the
2  Stipulated Judgment entered herein.
3  DATED this 8th day of February, 2006.

Paul G. Rosenblatt
United States District Judge