**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al.<br><br>Plaintiff,<br><br>vs.<br><br>Arthur Andersen, et al.,<br><br>Defendants. | Case No.:  CV 01-0218-PHX-PGR<br>CV 01-0246-PHX-EHC<br>CV 02-1162-PHX-PGR<br>CV 02-1248-PHX-PGR<br>(Consolidated)<br><br>**ORDER** |

Pending before the Court is the Plaintiff's Motion to Transfer and Consolidate Related Case (Doc. 1955). The Plaintiff moves this Court, pursuant to Fed. R. Civ. P. 42, and Local Rule 42.1, to transfer a related case to this Court and to consolidate it with this action. The related case is entitled <u>ACE Insurance Co., Ltd., et al, Appellants v. Gerald K. Smith, et. al, Appellees</u>, and bears civil case no. CV 02-0325-PHX-JAT ("ACE Appeal"). However, the Court declines to consolidate and transfer the ACE Appeal with the above captioned cases. The case the Plaintiff seeks to transfer is an appeal of a decision rendered by the Bankruptcy Court. Judge Rosenblatt, having reached senior status, no longer accepts bankruptcy appeals. Therefore,

IT IS ORDERED that the Plaintiff's Motion to Consolidate (Doc. 1955) is DENIED.

1   IT IS FURTHER ORDERED that the Plaintiff's Motion to Transfer (Doc. 1955) is
2   DENIED.
3   DATED this 4th day of April, 2006.

```
                    /s/ Paul G. Rosenblatt
                    Paul G. Rosenblatt
                    United States District Judge
```

- 2 -