**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald K. Smith, as Trustee for and on behalf of Boston Chicken, et. al, | No. 01-CV-0218-PHX-PGR<br>01-CV-0246-PHX-PGR<br>02-CV-1162-PHX-PGR<br>02-CV-1248-PHX-PGR |
| Plaintiff, | |
| vs. | (Consolidated) |
| Arthur Andersen, et. al, | **ORDER** |
| Defendants. | |

Since all parties have been since been terminated and all claims resolved, IT IS ORDERED that the Clerk of Court shall close the case.

DATED this 6th day of June, 2006.

Paul G. Rosenblatt
United States District Judge