**BEUS GILBERT** PLLC
ATTORNEYS AT LAW
4800 NORTH SCOTTSDALE ROAD
SUITE 6000
SCOTTSDALE, ARIZONA 85251-7642
TELEPHONE (480) 429-3000

Timothy J. Paris/006234

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald K. Smith, as Trustee for and on behalf of Boston Chicken, et al, <br><br> Plaintiff, <br><br> vs. <br><br> Arthur Andersen, et al, <br><br> Defendant, | No.: 01-CV-0218-PHX-PGR <br> 01-CV-0246-PHX-GR <br> 02-CV-1162-PHX-PGR <br> 02-CV-1248-PHX-PGR <br><br> (Consolidated) <br><br> **SATISFACTION OF JUDGMENT** |

Adequate consideration having been made to Plaintiff Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., BC Real Estate Investments, Inc. and all Boston Chicken affiliates by Defendant Saad J. Nadhir, a Defendant in the above-entitled action, full satisfaction is hereby acknowledged by Plaintiff of a certain Stipulated Judgment rendered in the above-entitled action, dated February 8, 2006, and against the Defendant Saad J. Nadhir, for the sum of Thirty Million and no/100 Dollars ($30,000,000.00). Plaintiff hereby acknowledges that said Judgment has been satisfied in full.

::ODMA\PCDOCS\BGD\71822\1

WITNESS, my hand and seal this 14th day of September 2009.

**BEUS GILBERT PLLC**

By _____
Timothy J. Paris
4800 North Scottsdale Road
Suite 6000
Scottsdale, AZ  85251
Attorneys for Judgment Creditor Gerald K. Smith, as Trustee for and on behalf of Boston Chicken, et al.